IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: _____ |
| v. | : | DATE FILED: _____ |
| KELVIN CANALES | : | VIOLATION:<br>18 U.S.C. §§ 922(g)(1), 924(e) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about April 21, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KELVIN CANALES**

knowing he had previously been convicted in a court of the United States District Court for the Middle District of Pennsylvania and a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus, 9mm semi-automatic pistol, bearing serial number TIS63516, loaded with six live rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Sections 922(g)(1), 924(e), set forth in this indictment, defendant

**KELVIN CANALES**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such violation, including, but not limited to:

1. A Taurus, 9mm semi-automatic pistol, bearing serial number TIS63516; and

2. Six live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
JUROR

_____
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

KELVIN CANALES

INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notices of forfeiture

_____ A true bill. _____

_____ Foreman _____

Filed in open court this _____ day,
of _____ A.D. 20 _____

_____ Clerk _____

Bail, $ _____