# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| KELVIN CANALES | NO. 21-226-KSM |

## ORDER

**AND NOW**, this 20th day of November, 2023, upon consideration of Defendant Kelvin Canales's Motion to Dismiss the Indictment (Doc. No. 47) and the Government's response (Doc. No. 48), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion (Doc. No. 47) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.